**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

JAMES HARR, et al.,

               Plaintiffs,

   - against -                            Civil Action No. 1 :25-cv-02209-HG

THE CITY OF NEW YORK, et al.*,*

               Defendants.

---

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Harr, et al., pursuant to Rule 3 of the Federal Rules of Appellate Procedure, appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment entered in this action on May 19, 2026, together with all interlocutory orders and rulings that merge into that judgment.

DATED: June 18, 2026

                                 Respectfully Submitted,

                                 Natalie Renee Shepherd, Esq.
                                 724 Monroe St. 2nd Floor
                                 Brooklyn, NY 11221
                                 (805) 907-5309
                                 Natalie@nataliereneeshepherdlaw.com